**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**CLARENCE HARMON**                                                        **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 2:06-CV-183-P-A**

**CITY OF SOUTHAVEN,**
**MISSISSIPPI, ET AL**                                                      **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this case, the court finds that the Report and Recommendations of the United States Magistrate Judge dated January 12, 2009 was on that date duly served by regular mail upon plaintiff's counsel and counsel of record for defendant; that more than ten days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The court is of the opinion that the Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

That the Report and Recommendations of the United States Magistrate Judge dated January 12, 2009 be, and it is hereby, approved and adopted as the opinion of the court, and that the proposed findings of fact and conclusions of law therein set out be, and there are hereby, adopted as the findings of fact and conclusions of law of the court. IT IS FURTHER ORDERED that this cause is hereby DISMISSED WITH PREJUDICE.

SO ORDERED, this, the 4th day of February, 2009.

                                                                                                       /s/ W. Allen Pepper, Jr.
                                                                                                       W. ALLEN PEPPER, JR.
                                                                                                       UNITED STATES DISTRICT JUDGE